# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN R. ROSS,<br><br>        Plaintiff,<br><br>    v.<br><br>J. R. BUSBY, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. CV-F-03-6572 LJO P<br><br>ORDER DISMISSING DEFENDANTS GALAZA AND HALL FROM ACTION PURSUANT TO PLAINTIFF'S REQUEST<br><br>(Doc. 50) |

Plaintiff Alvin R. Ross ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 14, 2005, plaintiff filed a notice stating that he wishes to voluntarily dismiss defendants Galaza and Hall from this action. Defendants Busby, Chatham, Ortiz, Hall, Stockman, and Galaza did not file a response.

Pursuant to plaintiff's request, defendants Galaza and Hall are HEREBY DISMISSED from this action. Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED.

**Dated:   May 16, 2005**                           **/s/ Lawrence J. O'Neill**
b9ed48                                      UNITED STATES MAGISTRATE JUDGE

1