BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JENNIFER A. NEILL
Supervising Deputy Attorney General
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-3867
 Fax: (916) 324-5205

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALVIN R. ROSS,**<br><br>                              Plaintiff,<br><br>          v.<br><br>**J. R. BUSBY, et al.,**<br><br>                              Defendants. | 1:03-CV-06572-LJO-P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A PRE-TRIAL DISPOSITIVE MOTION**<br><br>(Document #60) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 24, 2005, defendants filed a request for an extension of time to file a dispositive motion. Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that defendants are GRANTED an extension of time up to and including July 9, 2005 in which to file a pre-trial dispositive motion.

IT IS SO ORDERED.

**Dated:    June 28, 2005**                        /s/ Lawrence J. O'Neill
i0d3h8                                              UNITED STATES MAGISTRATE JUDGE

1