UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALVIN R. ROSS, | ) | 1:03-CV-06572-AWI-LJO-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME TO FILE RESPONSE TO MOTION |
| v. | ) | FOR SUMMARY JUDGMENT |
| | ) | (DOCUMENT #70) |
| J. R. BUSBY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 25, 2005, plaintiff filed a motion to extend time to respond to defendants' motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file a response to the motion for summary judgment.

IT IS SO ORDERED.

**Dated:** __November 21, 2005__        /s/ Lawrence J. O'Neill
i0d3h8                                              UNITED STATES MAGISTRATE JUDGE