1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9  ALVIN R. ROSS,                              CASE NO. 1:03-CV-06572-LJO-P

10                     Plaintiff,              ORDER GRANTING EXTENSION OF TIME
                                               TO FILE OPPOSITION TO MOTION FOR
11          v.                                 SUMMARY JUDGMENT

12  J. R. BUSBY, et al.,                       (Doc. 72)

13                     Defendants.
    _____/

14

15          On December 15, 2005, plaintiff filed his second motion seeking an extension of time to file

16  an opposition to defendants' motion for summary judgment.  Good cause having been shown,

17  plaintiff's motion is HEREBY GRANTED.  Plaintiff shall file his opposition within **thirty (30) days**

18  from the date of service of this order.

19

20  IT IS SO ORDERED.

21  **Dated:    January 10, 2006**              _____/s/ Lawrence J. O'Neill_____
    i0d3h8                                     UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

                                               1