# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN R. ROSS,<br><br>           Plaintiff,<br><br>     v.<br><br>J. R. BUSBY, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:03-CV-06572-LJO-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE REPLY<br><br>(Doc. 76) |

On February 9, 2006, defendants filed a motion seeking an extension of time to file their reply. Good cause having been shown, defendants' motion is HEREBY GRANTED. Defendants' reply is due on or before **February 17, 2006**.

IT IS SO ORDERED.

**Dated:    February 10, 2006**           /s/ Lawrence J. O'Neill
i0d3h8                                          UNITED STATES MAGISTRATE JUDGE

1