# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN R. ROSS,<br><br>        Plaintiff,<br><br>    v.<br><br>J. R. BUSBY, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:03-CV-06572 LJO P<br><br>ORDER STRIKING PLAINTIFF'S UNSIGNED PRE-TRIAL STATEMENT (Doc. 88)<br><br>ORDER GRANTING DEFENDANTS' REQUEST, VACATING SECOND SCHEDULING ORDER, AND DIRECTING PARTIES TO DISCUSS SETTLEMENT ISSUES AND NOTIFY COURT WITHIN THIRTY DAYS IF A SETTLEMENT CONFERENCE BEFORE THE COURT IS NECESSARY (Docs. 85 and 86) |

     On August 17, 2006, the Court issued the Second Scheduling Order and set this matter for telephonic trial confirmation hearing on September 28, 2006, and jury trial on November 9, 2006. Plaintiff was ordered to file a pre-trial statement by September 5, 2006, and defendants were ordered to file a pre-trial statement by September 18, 2006.

     On September 7, 2006, plaintiff filed an unsigned pre-trial statement, and on September 8, 2006, defendants filed a request for relief from the scheduling order and a continuance of the trial date.[1] The basis for defendants' request is the possibility that the parties might be able to settle this matter.

///

---

[1] At the time defendants electronically filed their request, the Clerk's Office had not yet docketed plaintiff's pre-trial statement.

1

Because plaintiff failed to sign his pre-trial statement, it must be stricken from the record. Local Rule 7-131; Fed. R. Civ. P. 11(a); First Informational Order, ¶2. The Court notes, however, that the statement expresses plaintiff's possible amenability to settlement.

The Court finds that it is in the interest of justice to allow the parties to explore settlement without expending further resources on trial preparation. The parties shall have thirty days to discuss the possibility of settlement and determine whether a settlement conference before a judge is necessary or would be helpful in resolving this matter. If plaintiff and defendants both desire a settlement conference, the Court will set one.[2] The Court is aware that it may take more than thirty days for defendants' counsel to obtain settlement authority. However, thirty days should be sufficient for the parties to confer and determine whether a settlement conference before the Court is necessary.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's pre-trial statement is STRICKEN for lack of signature;

2. Defendants' request is GRANTED and the Second Scheduling Order is VACATED; and

3. Within **thirty (30) days** from the date of service of this order, the parties shall, after conferring, notify the Court whether or not a settlement conference before the Court is necessary.

IT IS SO ORDERED.

**Dated:   September 12, 2006**               /s/ Lawrence J. O'Neill
i0d3h8                                UNITED STATES MAGISTRATE JUDGE

---

[2] The settlement conference will be set before a judge other than the undersigned.