# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALVIN R. ROSS, | ) | CASE NO. 1:03-CV-06572 LJO P |
| Plaintiff, | ) | ORDER REQUIRING PARTIES TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENTS DIRECTLY TO JUDGE SNYDER'S CHAMBERS ON OR BEFORE NOVEMBER 16, 2006 |
| v. | ) | |
| J. R. BUSBY, et al., | ) | |
| Defendants. | ) | Settlement Conference: November 30, 2006, at 10:00 a.m. in Courtroom 7 (SMS) |

On September 12, 2006, the Honorable Lawrence J. O'Neill issued an order vacating the Second Scheduling Order, and directing the parties to discuss the possibility of settlement and determine whether a settlement conference before a judge is necessary or would be helpful in resolving this matter. (Doc. 90.) On October 10, 2006, Defendants' counsel requested that a settlement conference placed on calendar. Accordingly, the settlement conference is set for November 30, 2006, at 10:00 a.m. before the undersigned in Courtroom 7. The plaintiff shall be transported to the Court for the conference. Unless otherwise permitted in advance by the Court, <u>the attorney(s) who will try the case</u> shall appear at the mandatory settlement conference <u>with the person or persons having full authority</u> to negotiate and settle the case, on any terms, at the conference.

On or before **November 13, 2006**, the parties shall submit <u>directly to the settlement conference judge's chambers</u> a confidential settlement conference statement. This statement <u>should not be filed with the Clerk's Office and should not be served on the other party</u>. It should be mailed

1

1  directly to chambers at the following address: **Chambers of Magistrate Judge Sandra M. Snyder,**
2  **2500 Tulare Street, Suite 1501, Fresno, California, 93721**. Each statement shall be clearly marked
3  "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated
4  prominently. The parties are urged to request the return of their statements. If such request is not
5  made, the Court will dispose of the statements.
6      The Confidential Settlement Conference Statement shall include the following:
7      A.    A brief statement of the facts of the case;
8      B.    The relief sought; and
9      C.    The party's position on settlement, including realistic settlement expectations, present
10 demands and offers, and a history of past settlement discussions, offers, and demands.
11     Defendants shall include an estimate of the cost and time to be expended for further pretrial
12 and trial matters.
13     If, after reviewing the statements, it appears unlikely that the parties will be able to reach an
14 agreement, the Court may in its discretion hold a telephonic hearing in place of the settlement
15 conference to discuss its concerns. Should the parties' statements give rise to these concerns and the
16 conference be converted to a telephonic hearing, the parties will be notified by order.

18 IT IS SO ORDERED.
19 **Dated:**   **October 10, 2006**            **/s/ Sandra M. Snyder**
   icido3                              UNITED STATES MAGISTRATE JUDGE