1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   ALVIN R. ROSS,                          CASE NO. 1:03-CV-06572 LJO P

10                  Plaintiff,              ORDER FOLLOWING SETTLEMENT

11        v.

12   J. R. BUSBY, et al.,

13                  Defendants.
                                    /

14

15        A settlement conference was held in this matter on November 30, 2006.  A settlement

16   agreement was reached between the parties and put on record.  Defendants' counsel is to prepare and

17   submit a stipulation to dismiss the action with prejudice, signed by plaintiff and defendants.  After

18   the stipulation is signed, plaintiff shall be issued a check.  This action will be dismissed once the

19   stipulation is submitted.

20

21   IT IS SO ORDERED.

22   **Dated:    December 5, 2006**              **/s/ Sandra M. Snyder**
     icido3                                 UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

                                    1