# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN R. ROSS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. R. BUSBY, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:03-cv-06572-LJO PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)<br><br>(Doc. 102) |

　　　Plaintiff Alvin R. Ross ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's complaint, filed November 10, 2003, against defendant Busby under section 1983 for retaliation and against defendants Busby and Chatham under California law for negligence.

　　　A settlement conference was held in this matter on November 30, 2006, before the Honorable Sandra M. Snyder. A settlement agreement was reached between the parties and put on record. Defendants' counsel was to prepare and submit a stipulation to dismiss the action with prejudice, signed by plaintiff and defendants, and after the stipulation was signed, plaintiff was to be issued a check. This action was to be dismissed once the stipulation was submitted, with the Court to retain jurisdiction as necessary to enforce the settlement agreement.

///
///
///
///

On January 31, 2007, defendants submitted the signed stipulation to dismiss this action with prejudice. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), this action is HEREBY DISMISSED, with prejudice. The Court retains jurisdiction to enforce the settlement.

IT IS SO ORDERED.

**Dated:   February 1, 2007**              /s/ Lawrence J. O'Neill
b9ed48                                     UNITED STATES MAGISTRATE JUDGE